UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GEORGE H. GROFF, | Case No. 2:17-cv-00146-APG-PAL |
| Plaintiff, | ORDER |
| v. | |
| MERCEDES BENZ FINANCIAL SERVICE, et al., | |
| Defendants. | |

Before the court is the Notice of Settlement (ECF No. 4) between Plaintiff and Defendant Mercedes Benz Financial Service, who has not yet made an appearance in this case.  Plaintiff requests 60 days to complete settlement dismissal documents.  Accordingly,

**IT IS ORDERED** that Plaintiff shall have until **April 17, 2017,** to file a notice of voluntary dismissal, or a status report advising when the notice of voluntary dismissal will be filed.

DATED this 16th day of February, 2017.


_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE